UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR AHAIWE,<br>Plaintiff,<br>-against-<br>UNITED STATES OF AMERICA ET AL,<br>Defendants. | 25-cv-5171 (GBD)<br>CIVIL JUDGMENT |

For the reasons stated in the August 19, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 28, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge